**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PAUL EUGENE LEDKINS                                             PLAINTIFF

V.                                    No. 4:19CV00054 BRW

BOONE COUNTY JAIL; and
DOE, Nurse, Boone County Jail Medical                          DEFENDANTS

## ORDER

Paul Eugene Ledkins alleges that the defendants are violating his constitutional rights while he is incarcerated in the Boone County Jail.

In a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). The events giving rise to this action occurred in Boone County, and both defendants reside in that county. Boone County is located in the Harrison Division of the United States District Court for the Western District of Arkansas. The interest of justice will best be served by transferring the case to that court. *See* 28 U.S.C. § 1406(a).

The Clerk is therefore directed to immediately transfer this case to the United States District Court for the Western District of Arkansas, Harrison Division.

IT IS SO ORDERED this 1st day of February, 2019.


                          /s/ Billy Roy Wilson_____
                          UNITED STATES DISTRICT JUDGE